UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JUSHUA PREVOST,

                                Plaintiff,

-against-

CITY OF NEW YORK, POLICE OFFICER
VANITY MEDINA, SHIELD NO. 27515, OF THE
47TH PRECINCT, AND THE NYPD,

                                Defendants.
------------------------------------------------------------x

**ORDER TO SHOW CAUSE**

13CV3760

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 2 3 2013

J. Paul Oetken, District Judge:

    Plaintiff having failed to provide the City of New York ("City") with a signed Designation of Agent for Access to Sealed Records pursuant to NYCPL Section 160.50 ("§ 160.50 Release") as required by the Plan for Certain § 1983 Cases against the City of New York, and counsel for the City having requested the § 160.50 Release by letter mailed to plaintiff's counsel on June 21, 2013, it is hereby:

    ORDERED that the plaintiff(s) shall serve and file an affidavit by __9/2/13__, 2013, demonstrating good cause, if any, for the failure to provide the City with the signed § 160.50 Release. Failure to demonstrate good cause or to provide to the City the § 160.50 Release by that date may result in dismissal of this action for failure to prosecute.

    SO ORDERED:

Dated: New York, New York
       __7, 22__, 2013

                                                        _/s/ J. Paul Oetken_
                                                        J. Paul Oetken
                                                       United States District Judge