

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 2 3 2013
```

Vicki B. Zgodny
*Assistant Corporation Counsel*
Phone: (212) 356-2662
Fax: (212) 788-9776
vzgodny@law.nyc.gov

The Clerk of Court is Directed to:
___ Term motion (doc. #____)
✓ Doc. and File As: Letter

July 12, 2013

**Via Fax**
The Honorable Paul J. Oetken
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007
Fax: (212) 805-7991

        Re:    Jushua Prevost v. City of New York, et al., 13-CV-3760

Your Honor:

        I am the attorney assigned to the defense of this action. Pursuant to the Plan for Certain § 1983 Cases against the City of New York (the "§ 1983 Plan"), I request that the Court direct plaintiff to show good cause for the failure to provide defendants with the executed § 160.50 Release required by the § 1983 Plan. The § 160.50 Release is necessary so that the records pertaining to the plaintiff's claims can be unsealed and the lawsuit can proceed in a timely fashion pursuant to the § 1983 Plan.

        On June 21, 2013, this office forwarded a § 160.50 Release to plaintiff's counsel along with a copy of the § 1983 Plan. The letter also advised plaintiff's counsel that the failure to provide the releases described in the § 1983 Plan for medical and psychological treatment records at the same time that the plaintiff serves the § 160.50 Release will result in the waiver of plaintiff's claims for compensation for any such physical or mental injuries. A copy of that letter is enclosed. To date, we have not received an executed § 160.50 Release or a response to our letter.

Accordingly, it is requested that Your Honor direct plaintiff to show good cause for the failure to provide the § 160.50 Release to this office. For the Court's convenience, a proposed order to show cause in the form approved by the § 1983 Plain is enclosed.

Respectfully submitted,

Vicki B. Zgodny
Assistant Corporation Counsel
Special Federal Litigation Division

cc:   **Via Fax**
      Howard Z. Myerowitz, Esq.
      Song Law Firm, LLC
      400 Kelby Street, 7th floor
      Fort Lee, NJ 07024
      FAX: 201-461-0032

      Capehart & Scatchard, P.A
      225 Broadway, 13th Floor
      New York, NY 10007
      FAX: (973)-618-0685