UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
JOSHUA PREVOST,

                             Plaintiff,

          -against-

CITY OF NEW YORK, *et al.*,

                            Defendants.
------------------------------------------------------------- X

13 Civ. 3760 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      On July 23, 2013, the Court ordered Plaintiff to demonstrate good cause for having failed to provide the City of New York with a signed designation of agent for access to sealed records pursuant to N.Y.C.P.L. § 160.50, as required by the Southern District of New York's Plan for Certain Section 1983 Cases against The City of New York (the "Section 1983 Plan"). (Dkt. No. 3.) Plaintiff was to serve and file an affidavit of good cause by September 2, 2013. To date, the Court has received nothing from Plaintiff.

      Accordingly, if Plaintiff fails by September 27, 2013 to show cause, Plaintiff's cause of action shall be dismissed for failure to prosecute. Plaintiff's showing of good cause, if any, shall be made by affidavit.

      SO ORDERED.

Dated: New York, New York
          September 9, 2013

                                                          J. PAUL OETKEN
                                                United States District Judge

COPIES MAILED TO
PRO SE PARTY ON SEP 12 2013

1