UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -:

JUSHUA PREVOST,                        : 13 Civ. 3760 (JPO) (JCF)
                                       :
              Plaintiff,               :          O R D E R
                                       :
       - against -                     :
                                       :
CITY OF NEW YORK, POLICE OFFICER       :
VANITY MEDINA, Shield No. 27515,       :
of the 47th Precinct, and the NYPD,    :
                                       :
              Defendants.              :

- - - - - - - - - - - - - - - - - - -:

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/20/13

     A pretrial conference having been held on December 20, 2013,
it is hereby ORDERED as follows:

     1.  Plaintiff  shall  execute  and  return  all  requested
authorizations by January 10, 2014.

     2. All discovery shall be completed by April 30, 2014.

     3. The pretrial order shall be submitted by May 30, 2014,
unless any dispositive motion is filed by that date.  If such a
motion is filed, the pretrial order shall be due thirty days after
the motion is decided.

     4. If all parties consent to proceed before a United States
Magistrate Judge pursuant to 28 U.S.C. § 636(c), the enclosed
consent form should be executed and returned.

SO ORDERED.

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       December 20, 2013


Copies mailed this date:

Howard Z. Myerowitz, Esq.
Daniel Chrugin, Esq.
Song Law Firm
400 Kelby St., 7th Floor
Fort Lee, NJ 07024

Vicki B. Zgodny, Esq.
New York City Law Department
100 Church St., Rm 3-154
New York, NY 10007

2

AO 85 (Rev. 01/09)  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
### for the
### Southern District of New York

| | | |
|---|---|---|
| Jushua Prevost | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   13 Civ. 3760 (JPO)(JCF) |
| City of New York | ) | |
| *Defendant* | ) | |

## NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE

*Notice of a magistrate judge's availability.*  A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment.  The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court.  A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.  The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.*  The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

## Reference Order

**IT IS ORDERED:**  This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date:

_____
*District Judge's signature*

_____
*Printed name and title*

Note:    Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.  Do not return this form to a judge.