```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
        :
JUSHUA PREVOST,        :
                  Plaintiff,   :
        :    13 Civ. 3760 (VEC)
      -against-        :
        :    ORDER
THE CITY OF NEW YORK,        :
NEW YORK CITY POLICE DEPARTMENT,  :
P.O. VANITY MEDINA,        :
                  Defendants.  :
        :
------------------------------------------------------------ X

VALERIE CAPRONI, District Judge:

      Whereas this case has been assigned to me for all purposes, it is hereby,

      ORDERED that counsel review and comply with the Court's Individual Rules and Procedures (available at the Court's website, http://nysd.uscourts.gov/judge/Caproni).

      The parties are further directed jointly to notify the Court of the status of this case not later than 14 days after the conclusion of mediation. The Court's Order of Reference to Magistrate Judge James C. Francis, dated November 21, 2013, remains in effect.

**SO ORDERED.**

Date:  **March 13, 2014**                    **VALERIE CAPRONI**
       **New York, NY**                      **United States District Judge**